20773.   SHEPHERD *v.* THE STATE.

BROYLES, C. J.   1. The record fails to show an abuse of discretion on the part of the trial judge in denying the defendant's motion for a continuance of the case.

2. The verdict was amply authorized by the evidence, and the grounds of the motion for a new trial based upon alleged newly discovered evidence were properly overruled, as the evidence was cumulative and impeaching in its nature.   The refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 11, 1930.

*William B. Kent,* for plaintiff in error.
*W. B. Gibbs, solicitor-general,* contra.